ACCEPTED
04-14-00796-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/22/2015 5:24:52 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00796-CV

| | | |
|---|---|---|
| LOCKHILL VENTURES, LLC, | § | IN THE FOURTH |
| *Defendant-Appellant* | § | |
| | § | |
| v. | § | COURT OF APPEALS |
| | § | |
| ARD MOR, INC.; TEXAS ARDMOR | § | |
| PROPERTIES, LP; AND TEXAS | § | |
| ARDMOR MANAGEMENT, LLC, | § | |
| *Plaintiffs-Appellees* | § | SAN ANTONIO, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
7/22/2015 5:24:52 PM
KEITH HOTTLE
Clerk

## APPELLEES' UNOPPOSED FIRST MOTION TO EXTEND TIME TO FILE MOTION FOR REHEARING

TO THE FOURTH COURT OF APPEALS:

Appellees ARD MOR, INC., TEXAS ARDMOR PROPERTIES, LP, and TEXAS ARDMOR MANAGEMENT, LLC ask the Court to extend the time to file their motion for rehearing.

### A. INTRODUCTION

1. Appellant is LOCKHILL VENTURES, LLC; Appellees are ARD MOR, INC., TEXAS ARDMOR PROPERTIES, LP, and TEXAS ARDMOR MANAGEMENT, LLC.

1

2. This motion is filed within the 15-day period to file a motion to extend the time to file a motion for rehearing, as required by Texas Rule of Appellate Procedure 49.8.

3. This Court has the authority under Rule 49.8 to extend the time for a party to file a motion for rehearing.

4. Appellees' motion for rehearing is currently due on July 23, 2015.

5. Appellees request an additional 15 days to file the motion for rehearing, extending the time until August 7, 2015.

6. Appellees request additional time to file the motion for rehearing because the undersigned counsel is currently and extensively involved in briefing related to the *City of West Texas v. CF Industries Sales, LLC, et al*, Cause No. 2013-2476-4, otherwise known as the *West Texas Explosion Cases,* pending in the 170th District Court of McLennan County. Texas. The undersigned counsel's deadline to complete all briefing is July 23, 2015, the same day that Appellee's motion for rehearing is currently due to be filed.

7. Based on the foregoing, Appellees request an additional 15 days to file their motion, extending the time until August 7, 2015.

9. No prior extensions of time to file the motion have been requested or granted.

10.     This extension is not sought for delay, but so that the complex legal issues involved in the parties' dispute can be developed and so that justice may be had.

## B. PRAYER

11.     For these reasons, Appellees pray that this Motion be granted and that this Court grant an extension of time to file their motion for rehearing until August 7, 2015, or for other and further relief to which Appellees may be entitled.

Respectfully submitted,


By:     _/s/ Karen L. Landinger_
KAREN L. LANDINGER
State Bar No. 00787873
klandinger@cbylaw.com
JAY K. FARWELL
State Bar No. 00784038
jfarwell@cbylaw.com
COKINOS, BOSIEN & YOUNG

*Co-Counsel*
David L. Earl
State Bar No. 06343030
dearl@earl-law.com
EARL & ASSOCIATES, P.C.
Pyramid Building
601 NW Loop 410, Suite 390
San Antonio, Texas  78216
(210) 222-1500 (Office)
(210) 222-9100 (Fax)

10999 West IH-10, Suite 800
San Antonio, Texas  78230
(210) 293-8700 (Office)
(210) 293-8733 (Fax)


ATTORNEYS FOR APPELLEES, ARD MOR, INC., TEXAS ARDMOR PROPERTIES, LP AND TEXAS ARDMOR MANAGEMENT, LLC

## CERTIFICATE OF CONFERENCE

The undersigned hereby certified that Counsel for Appellees have conferred with Counsel for Appellant who does not oppose this motion.

_/s/ Karen L. Landinger_

KAREN L. LANDINGER
JAY K. FARWELL

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of July, 2015, a copy of the foregoing APPELLEES' MOTION TO EXTEND TIME TO FILE MOTION FOR REHEARING was served on the following counsel of record by electronic service through *MyFileRunner.com*; and the APPELLEES' MOTION TO EXTEND TIME TO FILE MOTION FOR REHEARING was duly filed with the Clerk of the Fourth Court of Appeals through *MyFileRunner.com*, together with this proof of service:

Lance H. "Luke" Beshara
Randall A. Pulman
Brandon L. Grubbs
PULMAN, CAPPUCCIO, PULLEN,
BENSON & JONES, LLP
2161 N.W. Military Highway, Suite 400
San Antonio, Texas  78213
(210) 222-9494 (Office)
(210) 892-1610 (Fax)
lbeshara@pulmanlaw.com
rpulman@pulmanlaw.com
bgrubbs@pulmanlaw.com

Patrick C. Bernal
Elizabeth M. Provencio
DENTON NAVARRO ROCHA BERNAL HYDE & ZECH
A Professional Corporation
2517 N. Main Avenue
San Antonio, Texas  78212
(210) 227-3243 (Office)
(210) 225-4481 (Fax)
patrick.bernal@rampage-sa.com
elizabeth.provencio@rampage-sa.com

*/s/ Karen L. Landinger*
KAREN L. LANDINGER
JAY K. FARWELL